IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | 4:12-CR-3049 |
| vs. | |
| NICHOLAS H. PLACHY, | RECUSAL ORDER |
| Defendant. | |

This matter is before the Court on the Court's own motion pursuant to 28 U.S.C. § 455(a) and (b), which set forth the circumstances in which a judge of the United States shall disqualify himself from a proceeding. Upon review of the record in this case on October 10, 2012, the Court became aware of facts that could potentially implicate one of the circumstances described in § 455(a) or (b). Therefore, the undersigned Judge will recuse himself from the above-captioned case.

IT IS ORDERED:

1. The undersigned Judge recuses himself from the above-captioned case.

2. Chief Judge Laurie Smith Camp is asked to reassign this case.

Dated this 11th day of October, 2012.

BY THE COURT:

_____
John M. Gerrard
United States District Judge